# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Robyn P Albrecht <br> <u>Debtor(s)</u> | BKY. NO. 15-05195 JJT <br><br> CHAPTER 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of M & T Bank, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 1788

        Respectfully submitted,


        <u>**/s/ Thomas Puleo**</u>
        Thomas Puleo, Esquire
        James C. Warmbrodt, Esquire
        KML Law Group, P.C.
        701 Market Street, Suite 5000
        Philadelphia, PA 19106-1532
        (215) 825-6306  FAX (215) 825-6406
        Attorney for Movant/Applicant