Certificate Number: 17572-PAM-DE-032724600

Bankruptcy Case Number: 15-05195



17572-PAM-DE-032724600

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>April 25, 2019</u>, at <u>2:08</u> o'clock <u>PM PDT</u>, <u>Robyn P Albrecht</u> completed a course on personal financial management given <u>by internet</u> by <u>Dollar Learning Foundation, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date: <u>April 25, 2019</u>         By:     <u>/s/Benjamin E Wunsch</u>

                                Name:   <u>Benjamin E Wunsch</u>

                                Title:  <u>Counselor</u>